No. 3674.—El Pueblo a instancia de Eugenio Padilla Ríos et al., peticionarios y apltes., *v.* Oms Sulsona et al., demandados y apdos.—C. D. Mayagüez. Dic. 2, 1925. *Quo warranto.*

Por cuanto, contra la sentencia dictada en este caso en julio 10, 1925 (34 D.P.R. 455), confirmando la de la corte in-

ferior, se ha establecido por los relatores apelación para ante la Corte de Circuito de Apelaciones, Primer Circuito;

POR CUANTO los recursos que procedan contra las sentencias de esta corte están regulados por la Ley del Congreso aprobada en febrero 13, 1925, que enmienda el Código Judicial federal definiendo la jurisdicción de las cortes de circuito de apelaciones y de la Corte Suprema;

POR CUANTO no tratándose en esta apelación de ninguna materia que se refiera a la Constitución, Estatutos o Tratados de los Estados Unidos, limitándose únicamente la cuestión en controversia a la aplicación de determinada sección de la Ley Electoral de Puerto Rico mediante la información de "*Quo Warranto*" que fué interpuesta, el derecho a establecer la apelación depende de si los sueldos o emolumentos de los relatores exceden de la suma de $5,000;

POR CUANTO no apareciendo del récord que tales sueldos o emolumentos excedieran de la suma requerida, se le concedió un término de diez días a los dichos relatores para que pudieran demostrarlo por los medios que indica la sección 9 de dicha ley del Congreso;

POR CUANTO del escrito no jurado de los relatores y del documento aportado no aparece satisfactoriamente demostrado que los salarios o emolumentos de los relatores durante el término de sus cargos exceda de la suma exigida por el estatuto;

POR TANTO, *no ha lugar* a admitir la apelación interpuesta por los demandantes para ante la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos.

El Juez Asociado Sr. Wolf no intervino.